**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Lazaro HERNANDEZ–PEREZ,
Defendant–Appellant.**

**No. 05–50816.
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Feb. 24, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

M. Carolyn Fuentes, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before GARZA, DENNIS, and PRADO, Circuit Judges.

---

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Lazaro Hernandez–Perez raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that a prior conviction is a sentencing factor under 8 U.S.C. § 1326(b)(2) and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

